## Commonwealth *v.* Johnson, Appellant.

Before HALBERT, J., without a jury.

Submitted June 16, 1975. *Lewis L. Lieberman* and *John W. Packel*, Assistant Defenders, and *Benjamin Lerner*, Defender, for appellant; *Pierre Blair Pié, II, Mark Sendrow*, and *Steven H. Goldblatt*, Assistant District At-

torneys, *Abraham J. Gafni*, Deputy District Attorney, and *F. Emmett Fitzpatrick*, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.